IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA KHARAEVA, et al.** | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 22-640 |
| **BAYER CORPORATION, et al.** | : | |

| | | |
|---|---|---|
| **DANIELA DAWSON** | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 23-4153 |
| **BAYER CORPORATION, et al.** | : | |

## CONSOLIDATION ORDER

**AND NOW,** this 31st day of January, 2024, upon consideration of the Parties' Unopposed Motion to Consolidate Cases (ECF No. 55), it is hereby **ORDERED** that *Kharaeva et al. v. Bayer Corporation et al.*, Civil Action No. 22-640, and *Dawson v. Bayer Corporation et al.,* Civil Action No. 23-4153, are hereby **CONSOLIDATED**. It is further **ORDERED** as follows:

1. All pleadings, documents and docket entries filed or recorded in Civil Action No.23-4153 shall be transferred to Civil Action No. 22-640.

2. The Clerk of Court is directed to close Civil Action No. 23-4153 for statistical purposes.

3. From this point forward, all pleadings, motions, and other filings in this matter shall be filed under Civil Action No. 22-640.

BY THE COURT:

_____
Hon. Mia R. Perez